UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 00CR0647-L |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER AND JUDGMENT TO DISMISS |
| ) | THE INDICTMENT |
| BLANCA SILVA-ANAYA, ) | |
| ) | |
| Defendants. ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against BLANCA SILVA-ANAYA, be dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrant be recalled in this matter.

DATED: September 25, 2013

_____
M. James Lorenz
United States District Court Judge